UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

PRIORITY MEDICAL STAFFING, INC.         CIVIL ACTION NO. 11-cv-0667

VERSUS                                  JUDGE HICKS

REGIONS BANK                            MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Priority Medical Staffing, Inc. filed this civil action against Regions Bank based on an assertion of diversity jurisdiction. Priority describes itself as a Louisiana corporation with its principal place of business in Louisiana. It describes Regions Bank as a foreign banking corporation. That is not adequate to determine citizenship with the degree of certainty required by the jurisprudence.

This same issue arose in another case. Regions clarified the record by alleging that it is an Alabama corporation with its principal place of business in Alabama. See Fisher v. Regions Bank, 08-cv-1581, Doc. 6, ¶ 3.

The court will assume that Regions Bank is still an Alabama corporation with its principal place of business in Alabama unless Regions makes a representation to the contrary in the Case Management Report, which will be filed in connection with the scheduling conference that will soon be set.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 26th day of August, 2011.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE